# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:24-mj-1273-DCI**

**RICHARD SWEITZER**

AUSA: Michael Sartoian

Defense Attorney: Michael Ryan, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **March 12, 2024**<br>2:07 P.M. – 2:13 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 6 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

### CLERK'S MINUTES
### INITIAL APPEARANCE - RULE 5C

Case called, appearances made, procedural setting by the Court.
Court advises defendant of the allegations in the indictment.
Defendant makes ore tenus motion for court appointed counsel. Motion granted. Court appoints FPD for proceedings in the MDFL.
Government makes ore tenus motion for detention and requests a continuance.
Detention hearing to be set by separate notice.
The defendant is remanded to the custody of the U.S. Marshals pending further proceedings.
Court adjourned.